UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RHONDA BREAUX** | **CASE NO. 2:23-CV-01365** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NOVO NORDISK INC ET AL** | **MAGISTRATE JUDGE KAY** |

## MINUTES OF RULE 16 CONFERENCE

A scheduling conference was held in this matter on November 7, 2023, pursuant to Federal Rule of Civil Procedure 16.[1] Participating in the conference by telephone, along with the undersigned, were Michael Cox for plaintiff and Diana Surprenant, E. Paige Sensenbrenner, and Loren Brown for defendants Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle Inc., and Novo Nordisk Pharmaceutical Industries LP.

The court and counsel discussed anticipated scheduling issues due to the anticipated complexity of the case. After review of the Rule 26(f) report [doc. 18], the undersigned set a trial date and a deadline for the parties to submit a proposed scheduling order/discovery plan and order for the preservation of electronically stored information. Both of these dates will be entered by accompanying order. The court will consider the need for oral argument on defendants' anticipated Motion to Dismiss upon review of that motion and the need for

---

[1] Statistical Time: 30 minutes.

an additional status conference after the parties have submitted their proposed scheduling order.

      **THUS DONE AND SIGNED** in Chambers on the 7th day of November, 2023.

                                            **JAMES D. CAIN, JR.**
                                   **UNITED STATES DISTRICT JUDGE**