UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RHONDA BREAUX** | **CASE NO. 2:23-CV-01365** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NOVO NORDISK INC ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

As discussed in the Rule 16 conference held on November 7, 2023, the jury trial in this matter is hereby set to begin on September 14, 2026, and will continue through October 9, 2026.

**THUS DONE AND SIGNED** in Chambers on the 7th day of November, 2023.

*[signature]*

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**