UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RHONDA BREAUX** | **CASE NO. 2:23-CV-01365** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **NOVO NORDISK INC ET AL** | **MAGISTRATE JUDGE KAY** |

# ORDER

Before the court is a Motion to Stay [doc. 31] filed by defendants in this products liability suit, seeking a stay of all deadlines in this matter pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML"). Plaintiff opposes the motion. *Id.*

The court observes that the only looming deadlines are (1) the submission of a joint proposed scheduling order/discovery plan and proposed order for the preservation of electronically stored information by December 19, 2023; (2) plaintiff's opportunity to replead her dismissed breach of express warranty claims by January 9, 2024; (3) defendants' responsive pleading deadline 30 days thereafter; and (4) the trial date set for September 14, 2026. The imminent deadlines relate only to pleading and scheduling matters. Given the remoteness of the trial date, the court finds it unlikely that any discovery will actually commence before the JPML renders its decision.

A stay is not necessary at this point to prevent unduly burdensome or duplicative discovery obligations. Instead, given that this matter is among the first-filed of the Ozempic lawsuits, the issuance of a scheduling order and protective order may help the parties in eventual coordination across proceedings.[1] Accordingly, the Motion to Stay [doc. 31] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 18th day of December, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The discovery plan/protective order deadline is the same as the one in *Bjorklund v. Novo Nordisk*, No. 2:23-cv-1020 (W.D. La.), also pending before the undersigned, which is set for trial in February 2026.